| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Auto Masters of Nashville, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | **17-bk-7050** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **4 Wheel Parts<br>4095 Nolensville Pike<br>Nashville, TN 37211** | | **Auto Parts** | | | | **$0.00** |
| **A & M Auto Glass** | | **Auto Parts** | | | | **$0.00** |
| **A Plus Tire<br>2185 Nolensville Pike<br>Nashville, TN 37211** | | **Auto Parts** | | | | **$0.00** |
| **A-1 Transport<br>12725 Old Hickory Blvd<br>Antioch, TN 37013** | | **Transport** | | | | **$0.00** |
| **A-L Compressed Gases<br>875 Visco Drive<br>Nashville, TN 37210** | | **Office** | | | | **$0.00** |
| **ABC Bowling Green<br>555 Bluegrass Farms Blvd<br>Bowling Green, KY 42104** | | **Auto Auction** | | | | **$0.00** |
| **ABC Lock & Key, Inc.<br>221 Skyline Dr<br>Brentwood, TN 37027** | | **Locksmith** | | | | **$0.00** |
| **ADESA Nashville<br>631 Burnett Road<br>Old Hickory, TN 37138** | | **Auto Auction** | | | | **$0.00** |
| **Adobe Photo Shop<br>151 South Almaden Blvd<br>San Jose, CA 95113** | | **Office** | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | Auto Masters of Nashville, LLC | | Case number (if known) | 17-bk-7050 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adrian Lopez<br>1517 Mock Orange Circle<br>Nashville, TN 37217 | | Auto Repair | | | | $0.00 |
| AT&T<br>P O Box 105262<br>Atlanta, GA 30348-5262 | | Phone | | | | $120.47 |
| Comcast<br>1701 John F Kennedy Blvd<br>Philadelphia, PA 19103 | | phone/internet | Contingent<br>Unliquidated<br>Disputed | | | $242.81 |
| Five Star Food Service<br>440 Allied Drive<br>Nashville, TN 37211 | | office | Contingent<br>Unliquidated<br>Disputed | | | $38.24 |
| Metro Water Service<br>1700 3rd Avenue N<br>Nashville, TN 37208 | | utilities | Contingent<br>Unliquidated<br>Disputed | | | $245.96 |
| Metropolitan Trustee<br>700 2nd Ave S<br>Nashville, TN 37210 | | taxes | Contingent<br>Unliquidated<br>Disputed | | | $248.14 |
| Mitchell1<br>14145 Danielson St<br>Poway, CA 92064 | | shop | Contingent<br>Unliquidated<br>Disputed | | | $276.91 |
| Pac-Van Inc.<br>75 Remittance Dr Suite 3300<br>Chicago, IL 60675-3300 | | Rental | | | | $332.39 |
| Tennessee Dealer Solutions<br>P O Box 2219<br>Lebanon, TN 37088 | | shop | Contingent<br>Unliquidated<br>Disputed | | | $343.70 |
| Tennessee Department of Revenue<br>PO Box 20207<br>Nashville, TN 37202-0207 | | | | | | $6,943.00 |
| Whatever It Takes Transmission<br>1212 Gallatin Pike<br>Madison, TN 37115 | | Auto Parts | | | | $241.07 |